IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>MICHAEL JONES,<br><br>  *Defendant*. | Criminal No. 13-252 |

## ORDER

**AND NOW**, this 18th day of March, 2021, for the reasons set forth in the accompanying opinion, the "emergency motion for compassionate release/reduction in sentence" (ECF No. 1489) filed by defendant Michael Jones and supplemented by his counsel is **HEREBY DENIED** without prejudice.

              BY THE COURT:

              /s/ JOY FLOWERS CONTI
              Joy Flowers Conti
              Senior United States District Judge